**SEALED**

BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

**FILED**

AUG 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-CR-362 EJG

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | **ORDER TO SEAL** (Under Seal) |
| v. | |
| SULAIMEN SAFI, and MICHELLE LYNNE STEPHENS, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael M. Beckwith to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the first defendant or until further order of this Court.

DATED: August 26, 2010

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

3