**SEALED**

**FILED**

AUG 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEALED,<br><br>　　　　Defendants. | 2:10-CR-362 EJG |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the first defendant or until further order of this Court.

DATED: August 26, 2010

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

4