1 BENJAMIN B. WAGNER
United States Attorney
2 MICHAEL M. BECKWITH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 2:10-0362 WBS |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |
| v. | |
| MICHELLE LYNNE STEPHENS, | |
| Defendant. | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment in Case No. CR S 2:10-0362 WBS as to defendant MICHELLE LYNNE STEPHENS is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

DATED: _March 1, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE